UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated,

          Plaintiff,

-v.-

DOMUS DESIGN CENTERS, INC.,

          Defendants.
------------------------------------------------------------

Civil Action No: 1:22-cv-7764

[Judge signature] 8.17.2023

## JOINT STIPULATION OF DISMISSAL

  IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant Domus Design Centers, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 17, 2023

| **For Plaintiff Daniel Rodriguez** | **For Defendant Domus Design Centers, Inc.** |
|---|---|
| *s/Mark Rozenberg* | *s/Alicia Valenti* |
| Mark Rozenberg | Alicia Valenti |
| Stein Saks, PLLC | Paduano & Weintraub LLP |
| One University Plaza | 1251 Avenue of The Americas 9th floor |
| Hackensack, NJ 07601 | New York, NY 10020 |
| Ph: (201) 282-6500 | Ph: (212) 785-9100 |
| mrozenberg@steinsakslegal.com | ae@pwlawyers.com |

1

## CERTIFICATE OF SERVICE

I certify that on August 17, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*
